In The United States District Court for
The Middle District of Alabama

RECEIVED
2006 MAR 17 A 9:35

MALONE, Ronald ~~MADONE~~ David
Ronald David MALONE - Brittney Binac Brackins, Sandra Gail Brackins
Plaintiff
v.

South East Alabama Medical Et.Al.
Dr. Jones D.O. Donna Jo Tew, Robinson, T. Wilkes Et.Al.
Defendant's
Medical License Commission Et.Al.

Case No. _____
To be filled out by Clerk

1:06CV248-A

**DEMAND FOR JURY TRIAL**

## Civil Action Complaints

COMES NOW Ronald David MALONE, Plaintiff Brings This Above Styled Cause In The Best Intrest of Brittney Binac Brackins Who is A Minor, And Unable To Represent her self In this Instant Cause, And because I Ronald David MALONE is the biological father of Said Minor. Represent Brittney Binac Brackins Pursuant to The 6th (six) Amendment of the United States Constitution. And for The following There of:

### Action One - Medical Malpractice - 100 Million Dollars

On or About August 1-7 2004 My Daughter who is A Minor, Who name is Brittney Binac Brackins, 15 years of Age Was Admitted In The South East Alabama Medical Center, Complaining of Labor Pain And Cramps from being Pregnant, She was Rush to The Maternity Ward Room #240 Where she Laid In A Delivery Position for Approximate 2 hours with her Baby Feet And Posterior Hanging from her Vagina, The Doctor Was Called from home or on Call, but When he did Arrive And Attemp to Deliver The Lifeless Baby, The Doctor Said "This Baby has been Dead 4 to 5 day" The Baby was foot Printed And Taken Away for An In house Autopsy, Against we As Parents Objection, We Ask That A Neutral Party Preform the Autopsy, My Daughter Came To The South East Alabama Medical Center On or About The 1 day of

August 2004, Complaining That her Water had Broke And That she felt That She was In Labor, She was Examine by The Attending Emergency Room Doctor, Dr. Jones D.O. Who Told us That her Vagina Wall was still Intact And That the fluid was from An Infection And Prescribe A Antibiotic for her to Take And Return to her Regular Doctor At The Houston County Health Department, There was No ultra Sound Administered. My Unborn Grand Child could have survive If Proper Care And Procedure with The Proper Physician Was Appointed by the Medical Staff on her first visit on or about the 1 day of August 2004, The SouthEast Alabama Medical Center/or Its Agent failed to give the proper standard of Care That should have been provide to Brittney Binee Brackins, And her Unborn Child, Parents of Brittney Binee Brackins Seek 100 million Dollars for Medical Malpractice, Wrongful Death and fraud of the Alter of Medical Records And Ask That This Honorable Court Issue an Order for A F.B.I. Investigation of the Alter of Medical Records by A And of A Patient who was under Medical Care Which is funded by the United States, because Medical Payments May have been Alter to Charge for Medical Work not Preformed by the Above-named Defendant /or its Agents.

### Action 2. - Wrongfull Death - SEEK 100 million Dollars

On or about August 1, 2004 Brittney Binee Brackins A Minor went to The SouthEast Alabama Medical Center Located In Dothan, Alabama, Complaining That her water had Broke because of the fact that She was Pregnant, After Being Examined The Doctor Listed As one of The Defendant's Told the Parents of Brittney Binee Brackins That her water had not Broken, but The fluid That She Seen was from An Infection, And send her home, without Keeping her In the Hospital for further Observation, 3 days After This Wrong Diagnosis by Dr. Jones D.O. Lead to The Death of A Unborn Baby, That Could have been Delivered On

2.

August 1, 2004, If proper Standard of Care was Conduct, The baby would have Lived And Could be Living today, beccuse of the Acts And Ommission by the South East Alabama Medical Center / or Its Agents I Brings this 100 million Dollars Lawsuit for the Wrontfull Death of Baby Brockins And Mental Anguish That occurred At the Hands of the Above-Named Defendants.

Action Three (3) Fraud of the Medical Records on or About November 18, 2004 I filed A Civil Action Complaint IN the Circuit Court of Houston, County, Alabama CASE NO. CV-04-771-J I was Denied A fair And Impartial Hearing by the State Courts, And the Alabama Court of Civil Appeal Affirmed the Circuit Court of Houston County Decision for Summary Judgement, After A Clear Showing to the Circuit Court Judge Meindhem That The Court Record Was And had been Altered, And with his Agreement, Sided with the Defendant's, I Will Attemp to walk This Honorable Court Thru Medical Records Certified To be True, Sworn And Subscribed by Donna Jo Tew Mark Exhibit A) The first Page of Importants Maternal Vitals Dated 9/03/94 The Attending Physician Disclose That he was Trying At the time of Delivery, That my Daughter Tempeture Was Extremely High beccuse of the Dead baby been Inside of her for 3 to 4 day, Record Title Maternal vitals Page 116 Mark Exhibit (B) Plantiff Evidence to be Made part of the Record of this Lawsuit, If you Observed on this Page Temp (F) 100.3, It will Show That My Daughter vital WAS Check 6 Times All of The 5 other Tempeture has Deleted from the Record beccuse It will Show that My tempeture WAS At A High 107-109, And If you Closely you will see that This page was Made And Laid over the Original And that The Lines has been Drawn back After They had put The vitals They wanted The Record to Reflect, And the second Part of the vital signs has been Left off, you Can Also Observed That the Paper is the Original Document, but the

3.

Bottom of the Paper is Clearly fraudulent Done, To Cover up the fraud The paper Disclose "Poor Original" Also Look Closely to The Line Around The paper It will Show that These Line was Drawn. Plantiff brings This Honorable Court Attention <u>Record Page 112 Mark Exhibit (C)</u> will show that This <u>Page 112</u> Disclose fraud by Dr. McFarland by stating Membrane status, <u>Membrane Ruptured 9/3/04 - 14:00 COT</u>, which is untrue and Incorrect, because My Daughter <u>Membrane Ruptured 9/1/04</u> This is An Attemp by Doctors to Cover up The wrongfull Death And wrong Diagnosis by Dr. James Jones This Page has been Made And Laid on top of The Original Page, Page 112, 113 111 have All been Altered As to Commit fraud by Southeast Alabama Medical Center And/or Its Agents, Page 114 Shows A Empty Page has been Laid over The Entire page <u>Mark Exhibit (F)</u> Page 131 Mark Exhibit Shows the follow-<u>Mark Exhibit (G)</u> up. Page 138 Mark Exhibit (H.) I Ask The Court to Look At Time 1338 - fetal Heart Tones Attempted - No Result And 1400 fetal Heart tones Obtained. unable to Count R/t Movement, A Sentence Continued <u>After A Period</u>. If you Look At the top of the page under the Code you will see that here is Another page Laid over the Original. This Page only Got the Date on the Computer Print out Which Could not be Altered. The form fail to Disclose Date because of the Continue Cover up of wrong Doing by Hospital And or/Its Agents. <u>Exhibit (I-J)</u> I Like to bring This Honorable Court Attention to The Date on Exhibit (I) The Date has been Delete from the Record And the Line has been Drawn back The f-on for has been Reconnected And the time has been <u>Complete White out And #3</u> has black out because It will Show That Dr. James Jones D.O. Sent My Daughter back home on 9/1/2004, Look At <u>The Number 6. has been Redrawn And the Code has been Change to Show 3 day Later</u>, You do not Have Call Tuesday for 6 week follow-up At Houston County Health Department

4.

If the baby have been Delivered, Also The number 7. has been Redrawn As to Continue to Cover up by fraudulent Alter of the Record, I feel That I have Shown This Honorable Court Enough fraud, Plaintiff Seek 100 million Dollars from Each Doctor In their Personal Capacity Working under the Color of South East Alabama Medical Center. I would Recover fraud Damages from Donna Jo Tew Team Coordinator, Medical Records, Thomas W.C. Robinson M.D. And James Jones D.O, South East Alabama Medical Center.

Respectfully Submitted

_____

Action Three (3.)   Relief Sought

1. Plaintiff Seek An Order To freeze All Assets of the Above Named Defendants so to Ensure Compensation of the Criminal Act of fraud, And the Said Plaintiff Asked This Put A Lien until The final Disposition of Said Action So That They will not be Able to sell, Transfer, of Said Property, or Any thing of Value To Dodge All Compensation of thier Act or Ommission to Cause Injury to Brittney Binae Brackins, Also Issue An Order for the Above-named Defendants To Disclose to This Honorable Court All Bank statements, Owned Property, C.D. Stocks, bonds, 401K, Retirement Assets, Automobile and titles Thereof, And These Records be provided to The Plaintiff Also And that The Above-named be Notified by Summon by federal Marshall.

2. Plaintiff Seek An Order Issued for The F.B.I. Investigation / or Immediate Settlement At once, And That This Honorable Court Allow 90 days for The Above-named Defendant's to Comply with Plaintiff Wishes or Commence with Federal Investigation of the fraud Committed by the Above-named Defendants.

5.

Relief sought Continued  <u>Action Two (2) Relief Sought</u>

3. Plaintiff In the Best Interest of Brittney Binac Brackins seek an Arbitrator In this Instant Cause, That A Hearing Date set After This Honorable Court notify said Defendants of said Action Against Them. To Take Care of All Representation fees, Court Cost And travel Expensive To And from Court.

4. Plaintiff seek 100 million Dollars for the Wrongful Death of Baby Brackins And the Above-named Defendants be notified That In the Interest of Brittney Binac Brackins, The Parents seek Compensation for her because she is A Minor. And For Defendant's to pay All Representation fees And Court Cost And travel Expensive To And from Court.

5. Plaintiff seek An Order freezing All Asset of the Above-Defendants, such as 401K, CD's, Property, Homes, Beach Homes, Automobiles Titles, Bank Stocks And Bonds Accounts until The Final Disposition of this Cause Against said Defendants To Ensure That No Asset be Transferred As to Avoid The Compensation for the Injured Suffered by The Above-named Defendant's/And or It Agents. And that A Record of All Assets be made Part of the Record of the Court and these Records be provide to the Above-named Plaintiff.

6. Plaintiff seek An Order for the Original Hospital Record be made Part of this Court file of the visit of Brittney Binac Brackins on The Dates of 9/1/04 - 9/7/04 And That These Record be seal by federal Marshall to Ensure futher fraud Are Not Committed Plaintiff need Record seal until A Hearing is set, I This done to Properly Defend My Cause In open Court And The Record be provided To Me without Cost because I'am Indigent.

6.

Action (2) Relief Sought Continued

7. Plaintiff seek A trial by Jury or Reasonable settlement under the watchfull Eye of A Court Appointed Arbitrator.

8. Plaintiff seek An Order for The Defendants To Respond At Once of said Complaint Against Them, And That All Medical Records of Brittney Binae Brackins be Seal to Ensure No futher fraud And That An Order be Issued for The federal Marshall office Pick These paper up Personally from the South East Alabama Medical Center And Copies of These Records be provided to me without Cost. because of the fact that I'am Indigent. And That The Defendants be notified by Summons.

## Action 1. one - Medical Malpractice

1. Plaintiff seek 100 million Dollars from James Jones D.O. And Thomas Wilkes Robinson M.D., South East Alabama Medical Center / And or Its Agents for Medical Malpractice That Cause the Death of baby Brackins The Son of Brittney B. nae Brackins And for The Injury And Mental Duress Cause by the Above-named Defendants. The Defendants Each is being Sued In their Person Compacity And the South East Alabama Medical Center Sued In Their Corporation Compacity. That These Defendant's be notified by Summons To Respond At once to Allegation That They All Are Directly or Indirectly Resposible for The Death of baby Brackins by Negligence Acts or Ommission of Medical Treatment which failed Below the Standard of Care That you all As A Medical Provider Was Required by Law To uphold. And All Medical Records of 9/1/04-9/7/04 be sent to this court.

2. Plaintiff seek Trail by Jury or Arbitrator for A Resonable settlement

7.

Rondel David Melec

## Service of Summons

1. Southeast Alabama Medical Center Et. Al. fraud - Medical Malpractice - Wrongful Death
   1108 Ross Clark Circle          Sued for 100 million Dollars
   Dothan, Alabama 36301

2. Dr. James Jones D.O. fraud - Medical Malpractice - Wrongful Death
   1108 Ross Clark Circle          Sued for 100 million Dollars
   Dothan, Alabama 36301

3. Dr. Thomas Wilkes Robinson M.D. - fraud - Medical Malpractice - Wrongful Death
   1108 Ross Clark Circle          Sued 100 million Dollars
   Dothan, Alabama 36301

4. Donna Jo Tew - fraud - Personal Capacity
   1108 Ross Clark Circle          Sued 100 million Dollars
   Dothan, Alabama 36301

Plaintiff Listed Below

5. Ronald David Malone
   P.O. Box 5107 -
   Union Springs, Alabama
   36089

   Ronald David Malone
   408 Stough St.
   Dothan, Alabama 36303
   Defendant Listed Below

6. Miss. Brittney Binac Brackins
   503 N. Appletree St.
   Dothan, Alabama 36302

   Medical License Commission
   848 Washigton Ave
   Montgomery, Alabama
   36130

7. Miss. Sandra Gail Brackins
   503 N. Appletree St.
   Dothan, Alabama 36302

   Board of Medical Examiners
   848 Washigton Ave
   Montgomery, Alabama
   36130

8.

Sworn and subscribed to before me ___9th___ day of ___March, 2006___.

_Lance L. Anthony_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Expires

Certificate of Service

I filed on This __16__ day of __March__ 2006. A Civil Action Complaint In the Middle District of the United States, Located In Montgomery, Alabama. by Placing It In the United States Postal Service.

_Ronald David Mole_
P.O. Box 5107
Union Springs, Alabama
36089

_Ronald David Mole_
408 Stough Street
Dothan, Alabama
36302

9.