| SouthEast Alabama Medical Center | BRACKINS, BRITTNEY BIANC |
|---|---|
| P.O. Drawer 6987<br>Dothan, AL 36302 | MR#: 000109097<br>DOB: 02/04/1989   Acct #: 2482367<br>Age: 15<br>Bed: 0420-P   Unit: FB |
| Print Date & Time: 9/4/2004 01:00<br>Printed by: Ellen Reed, RN | Attending: ROBI_TWC |

## Maternal Vitals

|  | 09/03/04 | | | |
|---|---|---|---|---|
|  | 18:54 | 19:36 | 19:57 | 20:25 |
| MATERNAL VITAL SIGNS | | | | |
|   Blood Pressure | 151/ 79 | 154/ 67 | 119/ 74 | 127/ 58 |
|   HR | 112 | 110 | 101 | 97 |
|   Resp | 20 | 20 | 20 | 20 |
|   Temp (F) | 100.3 | | | |
|   Temp (C) | 37.9 | | | |
|   Temp Route | Oral | | | |
| Record ID | 12836 | 12836 | 12836 | 12836 |

|  | 09/03/04 | |
|---|---|---|
|  | 20:54 | 21:24 |
| MATERNAL VITAL SIGNS | | |
|   Blood Pressure | 132/ 84 | 133/ 65 |
|   HR | 86 | 98 |
|   Resp | 18 | 18 |
| Record ID | 12836 | 12836 |

SYS (mmHg)

SYS (mmHg)

**POOR ORIGINAL**

Exhibit (B.)