112

SouthEast Alabama Medical Center
P.O. Drawer 6987
Dothan, AL 36302
Print Date & Time: 9/4/2004 01:00
Printed by: Ellen Reed, RN

BRACKINS, BRITTNEY BIANC
MR#: 000109097
DOB: 02/04/1989     Acct #: 2482367
Age: 15
Bed: 0420-P   Unit: FB
Attending: ROBI_TWC

## LD- Flowsheet

#915

| | 09/03/04 | | |
|---|---|---|---|
| | 18:55 | 19:10 | 19:18 |
| **PROVIDER VISIT/NOTIFICATION** | | | |
| Care Provider Notified | | ROBI_TWC | |
| 09/03 19:10 | per R. McFarland CNM | | |
| Orders Received | | Yes | |
| 09/03 19:10 | change NS to LR | | |
| **VAGINAL EXAM** | | | |
| Dilatation | Text... | | (cms) |
| 09/03 18:55 | open with foot noted | | |
| Exam by | MCFAR_R | | |
| Membrane Status | Ruptured | | |
| Membranes Ruptured Date/Time | Date... | | |
| 09/03 18:55 | 09/03/04 14:00 CDT | | |
| 09/03 18:55 | time approximate | | |
| Membranes Rupture Method | SROM | | |
| 09/03 18:55 | pt and family states "couple of hours ago" | | |
| Amniotic Fluid Color | Clea | | |
| 09/03 18:55 | per family | | |
| Amniotic Fluid Amount | Large | | |
| Amniotic Fluid Odor | None | | |
| Fetal Presentation 'A' | Breech | | |
| **MATERNAL ASSESSMENT** | | | |
| IV Catheter Location | L_Arm | | |
| IV Site Status | Paten | | |
| IV Fluid Rate - Primary | 125 | | 125 cc/hr |
| Sedation Level | None | | |
| Vaginal Bleeding | None | | |
| **DELIVERY SETUP** | | | |
| Position Change | Semi_Fow | | |
| 09/03 18:55 | pt transferred from stretcher | | |
| Transfer from | ER | | |
| Recorded by | 12836 | 12836 | 12836 |

Notice?

| | 09/03/04 | | |
|---|---|---|---|
| | 19:26 | 19:38 | 20:00 |
| **VAGINAL EXAM** | | | |
| Exam by | ROBI_TWC | | |
| 09/03 19:26 | Dr. Robinson noted partial fetal body in vaginal vault; will wait for delivery | | |
| **MEDICATIONS** | | | |
| Induction Agents | | | Cytotec |
| 09/03 20:00 | 100 | | |
| Analgesics | | | Demerol Phenergn |
| 09/03 20:00 | 50/25 | | |

POOR ORIGINAL

LD- Flowsheet
Print Requested by: Ellen Reed, RN

Exhibit (C)         Page 1