**Southeast Alabama Medical Center**
P.O. Drawer 6987
Dothan, AL 36302
Print Date & Time: 9/4/2004 01:00
Printed by: Ellen Reed, RN

BRACKINS, BRITTNEY ANC
MR#: 000109097
DOB: 02/04/1989   Acct #: 2482367
Age: 15
Bed: 0420-P  Unit: FB
Attending: ROBI_TWC

## LD- Flowsheet



| | | 09/03/04 | | |
|---|---|---|---|---|
| | | 19:26 | 19:38 | 20:00 |
| INTERVENTIONS | | | | |
| Procedures | | US_@_Bed | Delivery | |
| | 09/03 19:38 | fetal body delivered with | | |
| | | cord clamped and cut. | | |
| | | Waiting for placenta. | | |
| Recorded by | | 12836 | 12836 | 12836 |

| | | 09/03/04 | | |
|---|---|---|---|---|
| | | 20:03 | 20:55 | 21:23 |
| MATERNAL ASSESSMENT | | | | |
| Vaginal Bleeding | | | Bleeding | Bleeding |
| | 09/03 20:55 | moderate vaginal bleeding | | |
| | | (more with cramps) noted. | | |
| | | Linen saver changed x2. | | |
| | 09/03 21:23 | intermittent bleeding of | | |
| | | moderate amount noted and | | |
| | | Dr. Robinson notified. | | |
| EDUCATION | | | | |
| Teaching/Education | | Bed/SR | | |
| | | BR_Emerg | | |
| | | Call/TV | | |
| | | PlanOfC | | |
| | | Meals | | |
| | | Phone | | |
| | | Safety | | |
| | | SmokingP | | |
| | | Visitati | | |
| Recorded by | | 12836 | 12836 | 12836 |

| | | 09/03/04 | | |
|---|---|---|---|---|
| | | 21:29 | 21:35 | 21:45 |
| PROVIDER VISIT/NOTIFICATION | | | | |
| Care Provider visit | | ROBI_TWC | | |
| Note: | | Text... | Text... | |
| | 09/03 21:29 | Dr. Robinson at BS to | | |
| | | evaluate bleeding. | | |
| | | Placenta remains retained. | | |
| | | D & C ordered stat. | | |
| | 09/03 21:35 | consent signed | | |
| MEDICATIONS | | | | |
| Antiemetics/antacids | | | Alkas_PO | |
| | | | Pepci_IV | |
| | | | ReglanIV | |
| DELIVERY SETUP | | | | |
| Transfer To | | | | Surgery |
| Recorded by | | 12836 | 12836 | 12836 |

POOR ORIGINAL

LD- Flowsheet

Exhibit (D)

Page 2
(EOD)