**SouthEast Alabama Medical Center**
P.O. Drawer 6987
Dothan, AL 36302

Print Date & Time: 9/4/2004 00:24
Printed by: Ellen Reed, RN

BRACKINS, BRITTNEY BIANC
MR#: 000109097
DOB: 02/04/1989      Acct #: 2482367
Age: 15
Bed: 0420-P  Unit: FB
Attending: ROBI_TWC

## LD- Admission Assessment



#915

| | 09/03/04 18:55 | |
|---|---|---|
| **PAIN on ADMISSION** | | |
| Pain Scale | 6 | |
| Pain Presence | Intermit | |
| Pain Type | Cramping | |
| Pain Location | Abdomen | |
| Pain Related to Contraction | Yes | |
| **VAGINAL EXAM** | | |
| Dilatation | Text... | (cms) |
| 09/03 18:55 | open with foot noted | |
| ROM Method | SROM | |
| 09/03 18:55 | pt and family states "couple of hours ago" | |
| **NEUROLOGIC** | | |
| Within Determined Limits | Yes | WDL |
| **CARDIOVASCULAR** | | |
| Within Determined Limits | Yes | WDL |
| **PULMONARY** | | |
| Within Determined Limits | Yes | WDL |
| **GASTROINTESTINAL** | | |
| Within Determined Limits | Yes | WDL |
| **GENITOURINARY** | | |
| Within Determined Limits | Yes | WDL |
| **PERINEAL ASSESSMENT** | | |
| Within Determined Limits | Yes | WDL |
| Vaginal Bleeding | None | |
| **INTEGUMENTARY** | | |
| Within Determined Limits | Yes | WDL |
| **PSYCH/SOCIAL** | | |
| Within Determined Limits | Yes | WDL |
| Support Person Present | Yes | |
| Emotional State | Anxious | |
| **SAFETY/RISK FACTORS** | | |
| Call Bell Within Reach | Yes | |
| Permission to Use Siderails | Yes | |
| Side Rails Up | Yes | |
| Bed Wheels Locked | Yes | |
| Bed Alarm ON | Yes | |
| Arm Bands Present | Yes | |
| Isolation | Standard | |
| Risk for Falls | Nrg_Diag | |
| Recorded by: | 12836 | |
| | 09/03/04 20:54 | |
| **PATIENT ASSESSMENT** | | |
| SBP/DBP | 132/ 84 | SBP (mmHg) |
| INTEGUMENTARY | | |
| Recorded by: | | |

Lives

POOR ORIGINAL

LD- Admission Assessment
Print Requested by: Ellen Reed, RN

Exhibit (E.)

Page 1
(EOD)