**SouthEast Alabama Medical Center**
P.O. Box 6987
Dothan, AL 36302
Print Date & Time: 9/4/2004 01:00
Printed by: Ellen Reed, RN

BRACKINS, BRITTNEY BIANC
MR#: 0001090097
DOB: 02/04/1989        Acct #: 2482367
Age: 15
Bed: 0420-P  Unit: FB
Attending: ROBI_TWC

## Contraction/FHR Flowsheet


#915

*No data exists for this chart.*

No Lines ✗

**POOR ORIGINAL**

114

Contraction/FHR Flowsheet
Print Requested by: Ellen Reed, RN

Page 1
(EOD)

Exhibit (F)