

**SouthEast Alabama Medical Center**
P.O. Drawer 6987
Dothan, AL 36302
Print Date & Time: 9/4/2004 01:00
Printed by: Ellen Reed, RN



BRACKINS, BRITTNE_ _ANC
MR#: 000109097
DOB: 02/04/1989      Acct #: 2482367
Age: 15
Bed: 0420-P  Unit: FB
Attending: ROBI_TWC

## Maternal Review of Systems

#915

|  | 09/03/04 | |
|---|---|---|
|  | 18:55 | 23:00 |
| PERINEAL ASSESSMENT | | |
| Vaginal Bleeding | None | |
| PSYCH/SOCIAL | | |
| Support Person Present | Yes | |
| Emotional State | Anxious | |
| SAFETY/RISK FACTORS | | |
| Call Bell Within Reach | Yes | |
| Side Rails Up | Yes | |
| Bed Wheels Locked | Yes | |
| Arm Bands Present | Yes | |
| Isolation | Standard | |
| Recorded by: | 12836 | |

POOR ORIGINAL

Exhibit (f1)

*Maternal Review of Systems*

Page 1