## WHEN TO FOLLOW-UP

Call Guy Middleton MD for re-evaluation in 3-5 days.

**BRACKINS, BRITTNEY BIANCA**
NKDA/NKFA/NKLA/NKDM
109097   2480977   2/04/89   015Y   F
EMERGENCY MED DR           9/01/04

Mark Exhibit (G)