**Southeast Alabama MEDICAL CENTER**

**EMERGENCY DEPARTMENT NURSING RECORD**

138

BRACKINS, BRITTNEY BIANCA
NKDA/NKFA/NKLA/NKDM
109097   2480977   2/04/89   015Y   F
EMERGENCY MED DR           9/01/04

DATE: _____

| TIME | NURSING NOTES | |
|------|---------------|---|
| 1323 | Pt recieved in room | |
| 1329 | O aux/rectal stress noted, family @ bedside | TM |
| 1332 | Triage complete | TM |
| 1338 | Fetal Heart Tones Attempted c no results | TM |
| 1340 | Cath U/A obtained | TM |
| 1345 | wet prep obtained. Dr. Jones did bimanual c nurse @ BS | 20 |
| 1400 | Fetal heart tones obtained. Unable to count R/T movement. | 20 |
| 1405 | Pt moved into room 2. Awaiting labs | 20 |
| 1432 | Awaiting wet prep results. Resting c eyes closed. NAD. Parents @ BS | 20 |
| 1500 | Informed of delay. Voices no complaints | 20 |
| 1524 | Pt given OK to eat. Advised Dr. V client for referral | 20 |
| 1550 | Dr. Jones in to referral | 20 |
| 1608 | Discharge instruct given c mother @ side. Rx in hand. States understanding. Cond improved | 20 |

Report to: _____ Room #: _____
Destination: _____ (Transfer Only)  ☐ Monitor
ID Band    R / L    Arm / Leg   (for Transfer/Admit only)
Accompanied by: ☐ Transport  ☐ Significant Other  ☐ Police  ☐ Nurse
Discharge via: ☐ Ambulatory  ☐ Stretcher  ☑ Wheelchair
Referrals: HCHD
Prescriptions: ☐ Patient  ☑ Parent  ☐ Care Partner
Discharge Instructions: ☑ Patient  ☑ Parent  ☐ Care Partner
Understanding Verbalized: ☑ Patient  ☑ Parent  ☐ Care Partner
IV Cath Removed with Catheter Intact   ☐ Yes  ☐ No  ☐ NA
DC VS: BP_____ HR____ Resp____ Temp____ Time of DC 1608

SIGNATURES | INITIALS
--- | ---
(signature) | TM
Trella Day RN | 20
(signature) | 20

#2036  (4/4)  Rev. 4/03

Exhibit (H)