Exhibit (I)

```
SOUTHEAST ALABAMA MEDICAL CENTER
         Patient Education                    pg 1 of 2
```

## ROUTINE POST-PARTUM PATIENT INSTRUCTIONS

1. You should return for a check-up in 4-6 weeks to: _Call Tuesday for 6 wks follow-up at HCHD_

   Date: _____   Time: _____

2. Call if you have any of the following:
   - Your temperature by mouth is more than 100 degrees
   - You have lower stomach area pain
   - You have breast pain
   - You have heavy vaginal bleeding

3. Do not put anything in your vagina (no sex, no tampons, no douching) until after your 4-6 weeks check-up.



   wear a good fitting support bra for six (6) weeks. If your breast become engorged (swollen), you can use ice packs to help relieve your discomfort and pain. You can use frozen vegetables like a package of frozen peas or corn to make a nice ice pack. Another way to make an ice pack is to put water on a clean disposable diaper and place the diaper in the freezer until it is frozen. You can then use it as an ice pack.

5. Limit your activity to just taking care of yourself ▆▆▆▆▆ during the first week at home. Take only short trips away from home during this time. If you had your tubes tied you will need to limit your activities for two (2) to three (3) weeks.

6. You will need to have help at home to do housework and take care of other family members for the first one to two weeks

7. You may take showers or tub baths. Sitting and soaking in warm water will help the area where you had stitches feel better. If you have severe pain in the area of the vagina or rectum, please call your health care provider. You should continue cleaning your perineum (bottom) with warm tap water after you urinate or have a bowel movement (use the peri bottle).

_pt given copy_
_pt Brittney Brackins_

BRACKINS, BRITTNEY BIANCA
NKDA/NKFA/NKLA/NKDM   015Y  F
109097  2482367  2/04/89  9/03/04
ROBINSON,T.WILKES