Exhibit (J)

```
-------------------------------------------------------------
            SOUTHEAST ALABAMA MEDICAL CENTER
-----------------Routine Post-Partum----------------- pg 2 of 2
-------------------------------------------------------------
```

8. Drink plenty of water and fruit juices, eat foods high in fiber such as bran, bran cereals, broccoli, cauliflower, etc. This will help keep your bowel movements regular. If your bowel movements are not regular, take a mild laxative. If you have a definite problem, call your health care provider.

9. Keep taking your prenatal vitamins and/or iron tablets for at least four (4) weeks ~~███████████████~~

10. If you have any problems call your health care provider. or go to the Emergency Department at Southeast Alabama Medical Center.

Southeast AL Medical Center        Women's Medical Center
     334/793-8111                       334/793-3900

Dothan OB/GYN, Inc.                Henry County Health Dept.
     334/673-3633                       334/693-3576

(Houston County Health Dept.
     334/678-2800)

Eff: 9/96                          Revised 10/96, 2/03

BRACKINS, BRITTNEY BIANCA
NKDA/NKFA/NKLA/NKDM
109097  2482367  2/04/89   015Y  F
ROBINSON,T,WILKES          9/03/04