**Southeast Alabama Medical Center**
Emergency Center
1108 Ross Clark Circle
Dothan, AL 36302
334-793-8911

132

2480977

James Jones DO, FACEP

Patient Name: **BRITTNEY BRACKINS**       Date: 9/01/2004

Patient Address:                          AGE:

                                          Wt._____ lbs kg

Cephalexin 500 mg
Dispense#: 28 (twenty eight) tablets
Sig: 1 PO q.i.d.

Refills: 0

_____
Dispense as Written       Product Selection Permitted

DEA# __

Exhibit (K)