


103

**Southeast Alabama Medical Center**
P.O. Drawer 6987
Dothan, AL 36302

Print Date & Time: 9/4/2004 00:24
Printed by: Ellen Reed, RN

BRACKINS, BRITTNE BIANC
MR#: 000109097
DOB: 02/04/1989        Acct #: 2482367
Age: 15
Bed: 0420-P  Unit: FB
Attending: ROBI_TWC

## Admission Record

#1654         Page 1

### Pregnancy Information

G/ 1  P/ 0  T/ 0  Pt/ 0  SAB/ 0  IAB/ 0  L/ 0

Attending: ROBI_TWC
LMP: 04/15/04        EDC: 01/20/05
EDC per Ultrasound: 02/06/05
EGA per Ultrasound:
EGA per Dates:

Pediatrician:
Feeding Preferences:
Height:        (in)
Weight (pre-pregnancy):        Lbs.
Current Weight:        Lbs.
Total Weight Gain:        Lbs.

### Allergies

Medication Allergies: No
Food Allergies: No
Environmental Allergies: No
Latex Allergies: No Latex Allergies
Potential Latex Allergies: No

### Communication

Primary Language: English
Communication Barriers: None

### Demographics

**Patient Information**
Date of Birth: 02/04/1989                    Age: 15
Address: 616 WEST NEWTON ST              Home Telephone:
         DOTHAN, AL  36303
Zip Code:                                Work Telephone:
County:                                  Martial Status: Single
Race:                                    Education (yrs): 9
Religion:                                Able To Read: Yes
Other Religion:                          Able to Write: Yes
Father's Name:                           SSN: 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
Father of Baby Involved:                 Occupation:

**Next of Kin Information**
Next of Kin Name:                        Other Occupation:
Next of Kin Relationship:                Next of Kin Telephone:

**Person authorized to release patient's PHI (Personal Health Information)**
Name:

### Medication

**Prenatal/Prescription Meds**
Prenatal Medications: Prenatal Vitamins
Herbal Supplements: None
Prescription/OTC Meds: No

### Alcohol/Smoking/Drug Use

Alcohol Use: No                          Avg Alcohol Consumption:
Advised to Stop Alcohol:

Cigarette Use: No                        Avg Cigarettes Smoked:
Advised to Stop Smoking:

Marijuana Use: No                        How often Marijuana used:
How Long Used (yrs)?:                    Date Last Used:
Previous Treatment:

Cocaine/Crack Use: No                    How often Cocaine used:
How Long Used (yrs)?:                    Date Last Used:
Previous Treatment:

Other Illicit Drugs: No

Exhibit (L)

FETAL MONITOR STRIPS ARE
FILED SEPARATELY
BOX # 04-16  1A