```
                P.O. Drawer 6987
                Dothan, Alabama 36302-6987
                (334) 793-8058    FAX (334) 712-3547
```

## ANATOMICAL PATHOLOGY REPORT

NAME:           BRACKINS, BRITTNEY         ACCESSION #:      S04-9953
MED_REC_#:      000109097         LOCATION:       Family Birthing
HOSPITAL_#:     2482367           TAKEN:          9/3/2004
DOB:            2/4/1989 (Age: 15)     F    RECEIVED:       09/04/2004
SUBMITTING PHYSICIAN: T. Wilkes Robinson, M.D.    REPORTED:   9/7/2004 14:27
PHYSICIAN(S): T. Wilkes Robinson, M.D.
        Guy M. Middleton, M.D.

Specimen(s) Received
1: Fetus
2: Placenta

FINAL DIAGNOSIS
    1)    LABELED PRODUCTS OF CONCEPTION: WELL DEVELOPED BUT MACERATED MALE FETUS CONSISTENT WITH GESTATIONAL AGE OF 17 WEEKS.
    2)    WELL DEVELOPED BUT IMMATURE (CONSISTENT WITH 17 WEEK GESTATIONAL AGE) PLACENTA WITH ATTACHED FETAL MEMBRANES AND UMBILICAL CORD SHOWING EVIDENCE OF ACUTE CHORIOAMNIONITIS AND ACUTE FUNISITIS.
/:    665
tmm/9/7/2004
This document has been reviewed and approved electronically by A. Rogers Summerlin, M.D.  9/7/2004 14:27:53

CLINICAL HISTORY
Products of conception 17 week gestation
PRE-OPERATIVE DIAGNOSIS
{None Provided}
OP FINDINGS
{None Provided}
GROSS DESCRIPTION
1)    A well developed, well nourished, but macerated appearing male fetus grossly consistent with a gestational age of 17 weeks.  The crown to rump measurement is 15 cm, heel to toe measurement is 2.5 cm, and the weight is 128.4 grams.  The body of the fetus shows very pronounced molding.  That is the head is somewhat flattened in the cronal plane.  There is extensive skin sloughage,  There appears to be a breakdown in the abdominal wall at the umbilicus area with extruded small bowel.  This may represent maceration and/or possibly an omphalocoele, but otherwise is unremarkable. I favor this is secondary to maceration.  The posterior aspect of the body is unremarkable.  The genitalia is that of a normal male fetus.  The anus appears patent.  It should be noted as far as the head in addition to the prominent molding, the right eye appears to be bulging and the left eye is tightly closed.  Both ears are soft without a significant amount of

                    Southeast Alabama Medical Center
                           P.O. Drawer 6987

                                                          Page:    47

cartilage.  The left ear shows a prominent degree of molding. Upon opening the fetus, all of the organs are normally distributed and normally developed.  Representative sections of the organs submitted in cassette 1A and 1B.
2)    Specimen is a placenta with attached fetal membranes and umbilical cord.  Minus the fetal membranes and umbilical cord, the placenta weighs 193 grams and measures 11 x 10 x 3 cm.  The fetal membranes are smooth, thin, gray, and for the m ost part appears translucent.  Focally the membranes appear slightly opacified.  Centrally located on the fetal surface is a segment of umbilical cord that measures 20 cm in length and 0.7 cm in diameter.  There are no knots, kinks, or areas of atresia and cut section reveals three vessels consistent with two arteries and one vein. The umbilical cord is clamped at end opposite the insertion site.  The

Exhibit (M)

74