IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 17 A 9:36

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

David Malone 175140
Plaintiff(s)

1:06CV248-A

v.

Southeast Alabama Medical Center Et. Al.
Defendant(s)

I, David Malone, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?     Yes ( )   No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (✓)
   B. Rent payments, interest, or dividends?   Yes ( )   No (✓)
   C. Pensions, annuities, or life insurance payments?   Yes ( )   No (✓)
   D. Gifts or inheritances?   Yes ( )   No (✓)
   E. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

3. Do you own cash, or do you have money in a checking or savings account? [Include all prison accounts].    Yes ( )  No ( )

If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    Yes ( )  No (✓)

If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to them and indicate how much you contribute toward their support. _____

_____
Signature of Affiant

STATE OF ALABAMA
COUNTY OF ____Bullock____

Before me, a Notary Public in and for said County, in said State, personally appeared ___David Malone___, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the ___ of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this 9th day of March, 2006

_____
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Expires: _____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/7/2006
                    (date)

_Ronald David Malone_
Signature of Affiant

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 10.59 on account to his credit at the  BULLOCK COUNTY CORR. FACILITY  institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A.  $_____ on the first day of _____
B.  $_____ on the first day of _____
C.  $_____ on the first day of _____
D.  $_____ on the first day of _____
E.  $_____ on the first day of _____
F.  $_____ on the first day of _____

Date:  3/7/2006

_Batsy Faulkner_
Authorized Officer of Institution

BULLOCK COUNTY CORR. FACILITY

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 175145      NAME: MALONE, DAVID                      AS OF: 03/07/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $30.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $13.13 | $65.00 |
| MAR | 7 | $2.41 | $10.00 |