IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD DAVID MALONE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:06cv248-WHA |
| ) | |
| SOUTHEAST ALABAMA MEDICAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is hereby referred to Magistrate Judge Charles S. Coody for action or recommendation on all pretrial matters.

DONE this 21st day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE