IN The United States District Court
for The Middle District of Alabama
Southern Division

RECEIVED
2006 APR 26 A 9:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ronald David Malone, Et. Al.
        Plaintiff
v.

South East Alabama Medical
Center, Et. Al.
        Defendant's

Case No. 1:06 Cv. 248-WHA

Hon. Judge Charles S. Coody
Chief United States Magistrate

Motion To Stay And Motion To Remand, Motion to Supplement The Record.

Comes Now Ronald David Malone, by Pro-Se And without benefit of Counsel, Petition This Honorable Court In the Above-styled Causes And for Good Cause Thereof:

1. Plaintiff Ask This Honorable Court to Stay Proceeding, And Review my Issue And Evidence of Material facts, would Give This Court to Hear This Cause of Remand This Cause back to The Circuit Court of Houston County, Alabama To Proceed with A trial by Jury.

2. That This Document Mark Exhibit (M) be Admitted to The Record, I need All Exhibit to be made Part of The Record so That I Can Properly Defend my Cause.

Certificate of Service

I filed on This 24 day of April 2006, In The Above-Named Court, The Above-styled Motions by Placing It In the United States Postal Service.

Ronald David Malone
P.O. Box 5107
Union Springs, Ala. 36089