# STATE OF ALABAMA
# COURT OF CIVIL APPEALS

John H. Wilkerson, Jr.
Clerk

Ruby Crowe
Assistant Clerk



300 Dexter Avenue
Montgomery, AL 36104-3741

Phone (334) 242-4093
Fax (334) 242-4017

July 6, 2005

**2040853**

Ronald David Malone v. Southeast Alabama Medical Center and Dr. James Jones, D.O.
(Appeal from Houston Circuit Court: CV 04-771)

## INFORMATIONAL FILING NOTICE

This appeal has been docketed. Future communication should refer to appellate number 2040853. YOUR APPEAL HAS NOT BEEN SELECTED FOR MEDIATION.

Your attention is directed to several provisions of the appellate rules which will help in processing your case. Failure to strictly comply with the ARAP may result in the dismissal of your case. Some of these rules are summarized below.

### CHANGES TO THE RULES OF APPELLATE PROCEDURE:
There have been some rule changes effective June 1st, 2002. A synopsis of some of the changes is attached. You may access the changes at the following website; www.judicial.state.al.us.

### MOTIONS AND BRIEFS - NUMBER OF COPIES:
An original and 5 copies of all motions are required. Except for routine motions, the Court will rule on the next motion docket after the other side has had a 7-day opportunity to respond. Ala. R. App. P., Rule 27(a).

### EXTENSION OF TIME FOR FILING BRIEFS ON APPEAL:
A 7-day extension of time may be granted per brief. A request for extension will be granted over the telephone; however, any extension must be confirmed in writing to this office, stating the exact date your brief is due, with service of the confirmation letter to opposing counsel and trial court clerk's office. NO FURTHER EXTENSION WILL BE GRANTED UNLESS EXTRAORDINARY GOOD CAUSE IS SHOWN. (A heavy workload will not be considered as good cause.)

No extensions will be granted for filing an application for rehearing and brief in support of an application for rehearing or for filing a reply brief to the application for rehearing.

### FILING:
Papers shall be deemed filed in the appellate clerk's office on the day of mailing ONLY IF certified, registered, or express mail of the United States Postal Service is used (Rule 25(a)). (DO NOT use Federal Express, UPS, and other private carriers if you need the "deemed filed" rule.)

Exhibit H(M)