IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT DAVID MALONE, #175140, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv248-WHA |
| | ) |
| SOUTHEAST ALABAMA MEDICAL CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff Robert David Malone's Motion to Stay, Motion to Remand, and Motion to Supplement the Record (Doc. #8), it is hereby

ORDERED that the motions are DENIED.

DONE this 16th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE