IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT DAVID MALONE, #175140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:06cv248-WHA |
| | ) | |
| SOUTHEAST ALABAMA MEDICAL | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the order entered on this day dismissing this suit for lack of subject

matter jurisdiction,

Final Judgment is entered in favor of the Defendants and against the Plaintiffs.

DONE this 16th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE