MAL-Mays

[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK MAY 30 2006 ATLANTA]

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

[Stamp: RECEIVED 2006 JUN -5 A 9:38 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

Ronald David Malone Et. Al.

v.                                           Case No. 1:06 CV. 248-WHA

Southeast Alabama Medical
Center Et. Al.

## Notice of Appeal

Comes now Ronald David Malone, by Pro-se and without benefit of Counsel, Petition This Honorable Court In The Above-styled Cause Leave To Proceed on Appeal As A Pauper "see attached" And for The following Thereof:

1. Appellant Seek An Order for The Clerk of United States District Court of The Middle District To Prepare A Complete Transcript, To Include All Evidence of fraud submitted by Exhibit (A)-(K), An Magistrate Judge Recommendation And Dismissal, And Provide A Copy of Transcript to me without Cost because I'am A Pauper, And The Original Complaint filed. And An Order.

Respectfully Submitted
Ronald David Malone

Certificate of Service

I filed on This 26 day of May 2006, A notice of Appeal In The Eleventh Circuit, United States Court of Appeals by Placing It In The United States Postal Service.

Ronold David Malone
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama
36089