IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-13257-A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 2 4 2006
THOMAS K. KAHN
CLERK

RONALD DAVID MALONE,

Plaintiff-Appellant,

B.B.B., a minor,
et al.,

Plaintiffs,

versus

SOUTHEAST ALABAMA MEDICAL CENTER,
Dr. JONES, D.O., et al.,

Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE