IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-13257-A

RONALD DAVID MALONE,

                      Plaintiff-Appellant,

versus

SOUTHEAST ALABAMA MEDICAL CENTER,
Dr. JONES, D.O.,et al.                 Defendants-Appellees.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 21 2006
THOMAS K. KAHN
CLERK

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 21st day of September, 2006.

                                    THOMAS K. KAHN
                                    Clerk of the United States Court
                                    of Appeals for the Eleventh Circuit

                                  By: Deborah Owens
                                      Deputy Clerk

                                  FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: *Deborah Owens*
Deputy Clerk
Atlanta, Georgia

ORD-40